**92–2390.** Nehoda v. Nehoda. *Cuyahoga County,* No. 60812.

**93–83.** Kruse v. Vollmar. *Wood County,* No. 92WD019.

**93–103.** Langley v. Prescott Travel. *Cuyahoga County,* No. 61384.
DOUGLAS, J., dissents.
F.E. SWEENEY, J., not participating.

**93–116.** Ford v. Tonti. *Franklin County,* No. 91AP–715.
PFEIFER, J., dissents.
WRIGHT, J., not participating.

**93–149.** S–Products B.V. v. Noral, Inc. *Cuyahoga County,* No. 61347.
WRIGHT and RESNICK, JJ., dissent.

**93–151.** Ansari v. Glaser. *Hamilton County,* No. C–910118.
PFEIFER, J., dissents.

**93–164.** Sherman v. Dayton Bd. of Zoning Appeals. *Montgomery County,* No. 13291.
WRIGHT and PFEIFER, JJ., dissent.

**93–167.** State v. Baker. *Clermont County,* No. CA92–01–009.
MOYER, C.J., and WRIGHT, J., dissent.

**93–169.** State v. Turner. *Lake County,* No. 91–L–043.

**93–173.** Shaheen v. Boston Mills Ski Resort, Inc. *Summit County,* No. 15595.
WRIGHT and RESNICK, JJ., dissent.

**93–178.** Triplett v. Rosen. *Franklin County,* Nos. 92AP–816 and 92AP–817.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–191.** Wright v. Toys "R" Us, Inc. *Belmont County,* No. 92–B–7.
DOUGLAS, J., dissents.

**93–222.** Parker v. Copey's Butcher Shop, Inc. *Clark County,* No. CA–2820.
PFEIFER, J., dissents.

**93–235.** Monateri v. Polito, Zebark, Inc. *Lake County,* No. 92–L–088.

**93–236.** Ruby v. Ohio Dept. of Natural Resources. *Franklin County,* No. 92AP–947.
DOUGLAS and PFEIFER, JJ., dissent.

**93–237.** Harman v. Schnurmacher. *Portage County,* No. 92–P–0040.
WRIGHT, J., dissents.

**93–238.** State v. Turvey. *Scioto County,* No. 90CA1915. On motion and cross-motion for leave to appeal. Motions denied.
MOYER, C.J., and PFEIFER, J., dissent.

**93–288.** Whiteaker v. Nationwide Prop. & Cas. Ins. Co. *Cuyahoga County,* No. 63630. On motion to certify the record and on motion to consolidate with 93–133, *Garlikov v. Continental Cas. Co.,* Certified Question of State Law. Motions denied.
WRIGHT, J., dissents.
F.E. SWEENEY, J., not participating.

## REHEARING DOCKET

**92–1165.** Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60443. Reported at 66 Ohio St.3d 1437, 608 N.E.2d 1083. On second motion for rehearing. Motion denied.

**92–1324.** Disciplinary Counsel v. Nichols. Reported at 66 Ohio St.3d 54, 607 N.E.2d 1068. On motion for rehearing. Rehearing denied.
MOYER, C.J., and RESNICK, J., dissent.